JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JAMES THOMPSON (STATE BAR NO. 240979)
jthompson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

Attorneys for Defendant
James Monsees

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL RAMIREZ-MURILLO, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>JUUL LABS, INC., a corporation; ALTRIA GROUP, INC., a corporation; PHILIP MORRIS USA, INC., a corporation; ADAM BOWEN, an individual; JAMES MONSEES, an individual; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. 3:19-cv-06587 WHO<br><br>**NOTICE OF APPEARANCE BY JAMES N. KRAMER** |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE of the appearance of attorney James N. Kramer

3   (jkramer@orrick.com) of the law firm Orrick, Herrington & Sutcliffe LLP, 405 Howard Street,

4   San Francisco, CA 94105, as counsel of record in this action for Defendant James Monsees.

Dated: March 16, 2020

JAMES N. KRAMER
JAMES THOMPSON
Orrick, Herrington & Sutcliffe LLP


By:     /s/ *James N. Kramer*
              JAMES KRAMER

Attorneys for Defendant
James Monsees

4165-5117-2387.1

- 2 -

NOTICE OF APPEARANCE BY JAMES N. KRAMER
3:19-CV-06587